Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Shahin Adibi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIN ADIBI, an Individual;<br><br>     Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, is a Corporation; NORDSTROM, INC., is a business entity form unknown; and DOES 1-10, Inclusive,<br><br>     Defendants. | Case No.: CV12-07036 GW (AGRx)<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, NORDSTROM, INC. AND ENTIRE CASE<br><br>JS-6 |

   Plaintiff Shahin Adibi have announced to the Court that all matters in controversy against all Defendants have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

   IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Shahin Adibi against all defendants are in all respect dismissed with

---
1
ORDER re: Stipulation of Dismissal With Prejudice of Equifax, Nordstrom, and Entire Case

prejudice to the refilling of same, with Court costs to be paid by the party incurring same.

DATED this 27th day of February 2013.

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE